# UNITED STATES DISTRICT COURT
# FOR THE DELAWARE

| | |
|---|---|
| HANK JANSON, | ) **Case No.: 1:09-cv-00858 UNA** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


  /s/ Kate Shumaker
Kate Shumaker, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Blake A. Bennett, Esq.
1000 West Street
Wilmington, DE 19801

　　　/s/ Kate Shumaker
Attorney for Plaintiff
Kate Shumaker, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002